**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. BOYER, AN INDIVIDUAL,<br><br>       Plaintiff,<br><br>   v.<br><br>QUICKEN LOANS, INC., A MICHIGAN CORPORATION, et al.,<br><br>       Defendants. | Case No. EDCV 13-00855-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>September 10, 2013</u>

                                       VIRGINIA A. PHILLIPS
                                   United States District Judge